ORIGINAL


FILED

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0287

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0287

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CODY WAYNE JOHNSTON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is given an extension of time until November 12, 2024, to prepare, file, and serve his reply brief.

No further extensions will be granted.

DATED this __8__ day of October, 2024.

For the Court,

Chief Justice

FILED

OCT - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana